# EXHIBIT A

| SUMMONS - CIVIL<br>JD-CV-1  Rev. 2-13<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,<br>52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1 | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>*www.jud.ct.gov* | See page 2 for instructions |
|---|---|---|
| ☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.<br>☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.<br>☐ "X" if claiming other relief in addition to or in lieu of money or damages. | | TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint. |

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350)<br>235 Church Street, New Haven, CT 06510 | Telephone number of clerk *(with area code)*<br>( 203 ) 503-6800 | Return Date *(Must be a Tuesday)*<br>November 19, 2013 |
|---|---|---|
| ☒ Judicial District   ☐ Housing Session   G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349)<br>New Haven | Case type code *(See list on page 2)*<br>Major: V    Minor: 01 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Michael A. Stratton, Stratton Faxon Trial Lawyers LLC., 59 Elm Street, New Haven, CT 06510 | Juris number *(to be entered by attorney only)*<br>421593 |
|---|---|
| Telephone number *(with area code)*<br>( 203 ) 624-9500 | Signature of Plaintiff *(if self-represented)* |

Number of Plaintiffs: 1    Number of Defendants: 2    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: Jones, Maurice<br>Address: 154 Park Street Apt 2<br>West Haven, CT 06516 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Garda CL New England, Inc.<br>Address: 700 So Federal Hwy Suite 300<br>Boca Raton, FL 33432 | c/o Agent for Service: C T Corporation System<br>One Corporate Center<br>Hartford, CT 06103-3220 | D-01 |
| Additional Defendant | Name: Garda CL Atlantic, Inc.<br>Address: 700 So Federal Hwy Suite 300<br>Boca Raton, FL 33432 | c/o Agent for Service: C T Corporation System<br>One Corporate Center<br>Hartford, CT 06103-3220 | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>Michael A. Stratton | Date signed<br>10/10/2013 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

| For Court Use Only |
|---|
| File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
Lindsay A. Quinn, Stratton Faxon Trial Lawyers, LLC., 59 Elm Street, New Haven, CT 06510

| Signed *(Official taking recognizance; "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Date<br>10/10/2013 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | | |
|---|---|---|
| RETURN DATE: NOVEMBER 19, 2013 | : | SUPERIOR COURT |
| MAURICE JONES | : | J.D. OF NEW HAVEN |
| V | : | AT NEW HAVEN |
| GARDA CL NEW ENGLAND, INC., and GARDA CL ATLANTIC, INC. | : : | OCTOBER 10, 2013 |

## COMPLAINT

1. At all times mentioned herein, the defendants Garda CL New England, Inc. and Garda CL Atlantic, Inc. ("Garda") were and are foreign corporations and or entities engaged in the business of secured transportation within the State of Connecticut.

2. The plaintiff is Maurice Jones who resides in West Haven, Connecticut.

3. At all times mentioned herein the defendants owned and operated through their agents a Ford E350 vehicle.

4. On or about December 6, 2012, said vehicle was being operated by one of the defendants' agents in a easterly direction along Washington Avenue, a public highway in New Haven, Connecticut.

5. At the same time, the plaintiff was a passenger on a public bus operating in an easterly direction along Congress Avenue, a public highway in New Haven, Connecticut.

6. Then and there, the defendants' vehicle darted out in front of said bus at the intersection of Congress/Washington and Lafayette Street, in New Haven, Connecticut.

1

7. The darting action caused the operator of the public bus to suddenly and with great violence slam on its brakes causing the serious injuries to the plaintiff set forth below.

8. The injuries to the plaintiff were proximately caused by the defendants' agent's negligence and or carelessness in one or more of the following ways:

- a) They failed to grant the right of way at said intersection in violation of C.G.S. § 14-245;
- b) They failed to keep a proper lookout before entering the intersection;
- c) They failed to brake before entering the intersection; and /or
- d) They failed to keep their vehicle under proper control

9. As a result of the negligence of the defendants and its agent the plaintiff suffered bruising to his legs which aggravated a pre-existing circulatory problem; and caused the amputation of his right leg, amputation of a portion of his left leg and great pain and misery.

10. As a further result, the plaintiff has been caused to incur and will continue to incur expenses for medical, nursing, and rehabilitative care and equipment.

11. As a still further result, the plaintiff has lost function and ability to fully carry on and enjoy all of life's activities.

2

WHEREFORE, THE PLAINTIFF HEREBY CLAIMS MONETARY DAMAGES IN EXCESS OF FIFTEEN THOUSAND & 00/100 DOLLARS ($15,000.00), AND THIS MATTER IS WITHIN THE JURISDICTION OF THIS COURT.

THE PLAINTIFF,
MAURICE JONES

By: _____
MICHAEL A. STRATTON, ESQ.
STRATTON FAXON
Trial Lawyers, LLC
59 Elm Street
New Haven, CT 06510
T: 203.624.9500
F: 203.624.9100
HIS ATTORNEY
mstratton@strattonfaxon.com
Juris Number 421593

*PLEASE ENTER THE APPEARANCE OF:*

STRATTON FAXON
Trial Lawyers, LLC
59 ELM STREET
NEW HAVEN, CT 06510
TELEPHONE NO: 203.624.9500
JURIS NO: 421593
*FOR THE PLAINTIFF*

3