UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAURICE JONES,<br>    *Plaintiff*,<br>    *v.*<br>GARDA CL NEW ENGLAND, INC., *et al.*,<br>    *Defendants*. | Civil No. 3:13cv1604 (JBA)<br><br>November 17, 2014 |

**RULING ON MOTION TO REMAND**

Defense counsel has communicated to the Court that Defendants consent to Plaintiff's Motion to Remand [Doc. # 25]. Accordingly, that Motion is GRANTED and the Clerk is directed to remand this case to the Superior Court of the Judicial District of New Haven at New Haven. Oral argument on the Motion previously scheduled for November 17, 2014 is canceled.

IT IS SO ORDERED.

        /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 17th day of November, 2014.