UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAURICE JONES,

    Vs.                                 CIVIL NO: 3:13cv1604 (JBA)

GARDA CL NEW ENGLAND, INC.,
GARDA CL ATLANTIC, INC.,

## JUDGMENT

This matter came before the Honorable Janet Bond Arterton, United States District Judge, for consideration of plaintiff's motion to remand.

On November 17, 2014, the Court, having considered all of the papers filed in conjunction with the motion, entered a ruling, granting the motion on consent. This case is remanded to Superior Court in the Judicial District of New Haven.

It is hereby ORDERED, ADJUDGED and DECREED that judgment is entered remanding the case to Superior Court.

Dated at New Haven, Connecticut, 18th day of November, 2014.

                                                        ROBIN D. TABORA, Clerk

                                                        BY _____/s/_____
                                                           Betty J. Torday
                                                           Deputy Clerk

EOD: 11/18/14